JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tammy Ray, | CASE NO. SACV 08-067-JVS(MLGx) |
| Plaintiff, | ORDER OF DISMISSAL UPON |
| v. | SETTLEMENT OF CASE |
| Los Alisos Mobile Home Estates, et al., | |
| Defendant(s). | |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED: August 25, 2008

_____
James V. Selna
United States District Judge